# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INVINCIBLE IP LLC,<br><br>                Plaintiff,<br><br>  v.<br><br>NETAPP, INC.<br><br>                Defendant. | C.A. No. 21-960-RGA |

## STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT

IT IS HEREBY STIPULATED AND AGREED by and between the parties, through their undersigned counsel and subject to the approval of the Court, that the time for defendant NetApp, Inc. to move, plead, or otherwise respond to plaintiff's complaint is further extended through and including December 3, 2021.

DATED: November 22, 2021

| | |
|---|---|
| GAWTHROP GREENWOOD, PC | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
| */s/ David W. deBruin* | */s/ Samantha G. Wilson* |
| David W. deBruin (No. 4846)<br>3711 Kennett Pike, Suite 100<br>Wilmington, DE 19807<br>(302) 777-5353<br>ddebruin@gawthrop.com | Adam W. Poff (No. 3990)<br>Samantha G. Wilson (No. 5816)<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE 19801<br>Telephone: (302) 571-6600<br>apoff@ycst.com<br>swilson@ycst.com |
| *Attorneys for Plaintiff Invincible IP LLC* | *Attorneys for Defendant NetApp, Inc.* |

SO ORDERED this _____ day of _____, 2021.

                                              UNITED STATES DISTRICT JUDGE

28846921.1